# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 4:10CV-P151-M

**RICHARD JOSEPH CAUDILL**                                    **PLAINTIFF**

**v.**

**JOHN DOES**                                                                   **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

Plaintiff initiated this *pro se* action by mailing a handwritten letter to the Clerk of Court. Upon receipt of the letter, the Clerk of Court opened this action and sent Plaintiff a notice of deficiency advising him to file his complaint on a court-approved form and to either pay the $350.00 filing fee or file a prisoner application to proceed without prepayment of fees along with a certified copy of his prison trust account statement for the past six months. The notice of deficiency is dated December 17, 2010. Plaintiff was given 30 days to comply with it. He was warned that failure to do so would result in this matter being brought to the attention of the Court.

The 30-day compliance period has passed and Plaintiff has failed to comply or to show good cause for his failure. **Accordingly, IT IS ORDERED that within 28 days of the entry of this Order, Plaintiff shall: 1) submit his complaint on either an approved general complaint form or a prisoner 42 U.S.C. § 1983 form; and 2) either pay the $350.00 filing fee or file a prisoner application to proceed without prepayment of fees along with a certified copy of his prison trust account statement for the past six months. Plaintiff is WARNED that failure to comply with this Order WILL RESULT IN THE DISMISSAL OF THIS ACTION.**

To assist Plaintiff, the Clerk of Court is **DIRECTED** to mail him: 1) a copy of his

original complaint (DN 1); 2) a copy of the docket sheet in this action; 3) a prisoner application to proceed without prepayment of fees; 4) a general complaint form; and 5) a prisoner 42 U.S.C. § 1983 form and instructions.

Date:

cc: Plaintiff, *pro se*

4414.008