UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

RICHARD JOSEPH CAUDILL                                       PLAINTIFF

v.                                           CIVIL ACTION NO. 4:10CV-P151-M

JOHN DOES                                                DEFENDANTS

**MEMORANDUM OPINION**

By Memorandum Opinion and Order entered February 11, 2011, the Court directed Plaintiff to (1) submit his complaint on either an approved general complaint form or a prisoner 42 U.S.C. § 1983 form; and (2) either pay the $350.00 filing fee in full or file a prisoner application to proceed without prepayment of fees along with a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of his complaint. The Court warned Plaintiff that his failure to comply within 28 days would result in dismissal of the action.

The response time has long expired, and Plaintiff has neither responded nor shown good cause for his failure to do so. Accordingly, by separate Order, the Court will dismiss the instant action for failure to prosecute and for failure to comply with a prior Order of this Court pursuant to Fed. R. Civ. P. 41(b).

Date:

cc:     Plaintiff, *pro se*
4414.005